# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRO FOCUS SOFTWARE INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.: 4:20-cv-460<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT/DISMISSAL

PLEASE TAKE NOTICE that the parties in this case have reached agreement on resolution of this case, and they are currently finalizing that resolution. The parties anticipate filing a dismissal of this case no later than August 31, 2020.

August 12, 2020

Respectfully Submitted,

By: /s/ *Ronald W. Burns*

Ronald W. Burns
Texas State Bar No. 24031903
RWBurns & Co., PLLC
5999 Custer Road, Suite 110-507
Frisco, Texas 75035
972-632-9009
rburns@burnsiplaw.com

**ATTORNEY FOR PLAINTIFF
AKOLOUTHEO, LLC**

[1]

[2]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on the 12th day of August, 2020.

/s/ *Ronald W. Burns*
Ronald W. Burns

[2]